**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**


**CIVIL MINUTES**                               Judge: **VAUGHN R. WALKER**


Date: **June 17, 2003**

**C 02-1787 VRW  People of The State of CA et al  v  Mirant Corporation, et al.**
**C 02-1788 VRW People of The State of CA et al   v Reliant Energy, Inc et al.**
                Pamela Merchant                        Robert Pringle,
Attorneys:  Damon Connolly, Harvey Saferstein    Terry Houlihan, J.Michael Baldwin


Deputy Clerk: CORA DELFIN                    Reporter: not reported

PROCEEDINGS:

( x ) CASE MANAGEMENT CONFERENCE


Fact Discovery Cutoff:  5/31/04        Designation of Experts/Reports: 2/02/04
Rebuttal Experts/Reports: 3/15/04      Experts Discovery Cutoff: 5/31/04


Further Case Management Conference:   **12/02/2003  @ 9:00 a.m.**

CASE CONTINUED TO:  **8/05/2004 @ 2:00 p.m.**  For Dispositive Motions


PRETRIAL CONFERENCE:   **10/05/2004  @ 9:00 a.m.**


Notes: