United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ex rel BILL LOCKYER, | No C 02-1787 VRW<br>Related Case: 02-1788 VRW |
| Plaintiff, | ORDER |
| v | |
| MIRANT CORP, et al, | |
| Defendants. | |

The parties have filed a notice of stipulated dismissal with prejudice of this case pursuant to FRCP 41(a)(1)(ii). Doc #75. Accordingly, the clerk is directed to CLOSE the file and TERMINATE all motions.

IT IS SO ORDERED.

/s/

VAUGHN R WALKER

United States District Chief Judge